IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERREK CHILDERS**  **PLAINTIFF**
ADC #151043

v.  No. 4:21-cv-900-DPM

**JOHN STALEY, Sheriff,**
**Lonoke County, and KRISTI**
**FLUD, Jail Administrator,**
**Lonoke County**  **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Childers hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2021