IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERREK CHILDERS                                                                PLAINTIFF
ADC #151043

v.                              No. 4:21-cv-900-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                                   DEFENDANTS

## JUDGMENT

Childers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021